

10/12/2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LEO EDWARD WHELAN, | § | Case No. 15-41659 |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |
| CHRISTOPHER J. MOSER, TRUSTEE, | § | |
| | § | Adversary No. 16-4014 |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| KAY J. WHELAN, | § | |
| | § | |
| Defendant. | § | |

## **J U D G M E N T**

On September 19, 2016, the Court heard evidence and argument on the Plaintiff's complaint seeking an order requiring the Defendant to turnover certain property to the Plaintiff pursuant to 11 U.S.C. §542(a). For the reasons stated into the record on October 4, 2016, which constituted the Court's findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure, as incorporated in bankruptcy cases by Rule 7052 of the Federal Rules of Bankruptcy Procedure,

**IT IS ORDERED, ADJUDGED and DECREED** that the relief requested in the complaint by the Plaintiff, Christopher J. Moser, Trustee, in the above-referenced adversary proceeding is hereby **DENIED.**

Signed on 10/12/2016

_Brenda T. Rhoades_  SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE